CLOSED, JURY

## U.S. District Court
### Eastern District of Virginia (Richmond)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00108-HEH

Stern v. AU Optronics Corp. et al  
Assigned to: District Judge Henry E. Hudson  
Demand: $5,000,000  
Cause: 15:25 Clayton Act  

Date Filed: 03/05/2007  
Date Terminated: 05/15/2007  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question  

### Plaintiff

**Shawn Stern**  
*on behalf of himself and all others*  
*similarly situated in the Commonwealth*  
*of Virginia*

represented by **Christopher Garrett Hill**  
DurretteBradshaw PLC  
600 E Main St  
20th Fl  
Richmond, VA 23219  
804-916-6591  
Fax: 804-775-6911  
Email: chill@durrettebradshaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine A. Williams**  
DurretteBradshaw PLC  
600 E Main St  
20th Fl  
Richmond, VA 23219  
(804) 775-6900

**Edward J. Westlow**  
Law Office of Edward Westlow  
600 E Main St  
20th Fl  
Richmond, VA 23219  
**NA**  
804-780-0305  
Fax: 804-780-0306  
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**  
The Coffman Law Firm  
1240 Orleans St  
Suite 200  
Beaumont, TX 77701  
**NA**  
409-832-4767  
Fax: 866-835-8250

*ATTORNEY TO BE NOTICED*

**Wyatt B. Durrette, Jr.**
DurretteBradshaw PLC
600 E Main St
20th Fl
Richmond, VA 23219
(804) 775-9600

**Defendant**
AU Optronics Corp.

**Defendant**
AU Optronics Corp. America

**Defendant**
Chi Mei Optoelectronics Co., Ltd.

**Defendant**
Chi Mei Optoelectronics USA, Inc.

**Defendant**
Chunghwa Picture Tubes, Ltd.

**Defendant**
Fujitsu Limited, Inc.

**Defendant**
Fujitsu America, Inc.

**Defendant**
Hannstar Display Corporation

**Defendant**
Hitachi, LTD.

**Defendant**
Hitachi Displays, Ltd.

**Defendant**
Hitachi America, Ltd.

**Defendant**
IDTECH Co., Ltd.

**Defendant**
IDTECH USA, Inc.

**Defendant**

IPSA Alpha Technology, Ltd.

**Defendant**

LG Philips LCD Co., Ltd.

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

Matsushita Electric Industrial Co. Ltd.

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Samsung Electronics Company Ltd.

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., Ltd.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epson Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

S-LCD Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

S-LCD Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America Inc.

**Defendant**

Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**

John Does 1-100

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2007 | 1 | COMPLAINT against Fujitsu Limited, Inc., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Displays, Ltd., Hitachi America, Ltd., IDTECH Co., Ltd., IDTECH USA, Inc., IPSA Alpha Technology, Ltd., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Matsushita Electric Industrial Co. Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson |

| | | |
|---|---|---|
| | | Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., John Does 1-100, AU Optronics Corp., AU Optronics Corp. America, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd.; filing fee $ 350 paid, receipt number 86835; filed by Shawn Stern.(cmcc, ) (Entered: 03/06/2007) |
| 03/06/2007 | | LETTER RECEIVED by counsel as to Shawn Stern requesting that summonses not be issued at this time due to related case in the MDL Panel, Washington, Re: MDL-1827, In re TFT-LCD (Flat Panel) Antitrust Litigation. (cmcc, ) (Entered: 03/06/2007) |
| 03/09/2007 | | Summons Issued as to Fujitsu Limited, Inc., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Displays, Ltd., Hitachi America, Ltd., IDTECH Co., Ltd., IDTECH USA, Inc., IPSA Alpha Technology, Ltd., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Matsushita Electric Industrial Co. Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., AU Optronics Corp., AU Optronics Corp. America, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd. Counsel called to pick up. (cmcc, ) (Entered: 03/09/2007) |
| 05/15/2007 | 2 | Certified copy of CONDITIONAL TRANSFER ORDER of the Panel of Multi-District Litigation transferring action to ND of CA on 4/25/2007 and assigning same to the Honorable Susan Yvonne Illston for coordinated or consolidated pretrial proceedings, etc., enter by Jeffery N. Luthi on 4/25/2007; 15-day stay lifted May 11, 2007. (cmcc, ) (cmcc, ) (Entered: 05/16/2007) |
| 06/04/2007 | | Interdistrict Transfer as requested by USDC, Northern District of California, pursuant to transmittal letter received June 4, 2007. Sent original case file, certified copy of docket sheet and transmittal letter by UPS to: United States District Court, Northern District of California, 450 Golden Gate Avenue, P. O. Box 36060, San Francisco, CA 94102, Attn: Rufino Santos. (cmcc, ) (Entered: 06/06/2007) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 06/19/2007 15:30:02 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00108-HEH |
| Billable Pages: | 3 | Cost: | 0.24 |