1  LINGEL H. WINTERS, ESQ. (SBN 37759)
   LAW OFFICES OF LINGEL H. WINTERS
2  A PROFESSIONAL CORPORATION
   One Maritime Plaza, Suite 400
3  San Francisco, CA  94111
   Telephone:    (415) 398-2941
4  Facsimile:    (415) 393-9887

5  GIRARDI & KEESE
   THOMAS V. GIRARDI (SBN 36603)
6  1126 Wilshire Blvd.
   Los Angeles, CA  90017-1904
7  Telephone (213) 977-0211

8  Attorneys for Plaintiff and the Putative Class

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12                                          MDL No. M:07-cv-01827 SI

13  IN RE TFT-LCD (FLAT
    PANEL)ANTITRUST LITIGATION              Case No. 07-cv-2796 SI

14  _____        CLASS ACTION

15  _EMW, Inc. v. LG Philips LCD CO., LTD et al._   ORDER SHORTENING TIME
16  Case No. C-07-2796 SI
                                            Date: July 10, 2007
17  THIS DOCUMENT RELATES TO                Time: 10:00 a.m.

18  ALL INDIRECT PURCHASER ACTIONS          Hon. Susan Illston
                                            Courtroom: 10
19

20

21  Upon reviewing and considering the Motion for Order Shortening Time of plaintiff EMW, Inc.

22  filed herein, time is hereby ordered shortened for the Court to hear plaintiff's

23  Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup on

24  July 10, 2007 at 10:00 a.m.

25  Dated:_____2007

26                                          _____

27                                               Hon. Susan Illston

28                                          UNITED STATES DISTRICT COURT