```
Wyatt B. Durrette, Jr. (VA Bar # 04719)
Christopher G. Hill (VA Bar # 41538)
Christine A. Williams (VA Bar # 47074)
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219-2430
Telephone: (804) 775-6900
Facsimile: (804) 775-6911

Edward J. Westlow (NY ID # 1651686)
600 East Main Street, 20th Floor
Richmond, VA 23219-2430
Telephone: (804) 780-0305
Facsimile: (804) 780-0306

Richard L. Coffman (TX Bar # 04497460)
The Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX 77701
Telephone: (409) 832-4767
Facsimile: (866) 835-8250

Attorneys for Plaintiff,
Shawn Stern
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-cv-01827 SI<br><br>MDL No. 1827<br><br>**PLAINTIFF, SHAWN STERN'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| This Document Relates To:<br><br>Case No. C07 03128, an Indirect Purchaser Action. | |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

---

1

| | | |
|---|---|---|
| 1 | Dated: September 25, 2007 | DURRETTEBRADSHAW PLC |
| 2 | | |
| 3 | | *[signature]* |
| | | CHRISTOPHER G. HILL |
| 4 | | |
| 5 | | SHAWN STERN, on behalf of himself and all others similarly situated in the Commonwealth of Virginia, |
| 6 | | |